## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WEB COLLABORATION TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br>v.<br>CITRIX SYSTEMS, INC.,<br><br>   Defendant. | C.A. No. 13-cv-53-LPS-SRF |

### ORDER OF DISMISSAL WITH PREJUDICE

On this 10th day of October, 2013, Plaintiff Web Collaboration Technologies, LLC ("Plaintiff") and Defendant and Counterclaim-Plaintiff Citrix Systems, Inc. ("Citrix") announced to the Court that they have settled Plaintiff's claims for relief against Citrix and Citrix's counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Citrix have therefore requested that the Court dismiss Plaintiff's claims for relief against Citrix and Citrix's counterclaims for relief against Plaintiff, with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Citrix and Citrix's counterclaims for relief against Plaintiff are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

_____
The Honorable Leonard P. Stark